TX Result Report

P   1
03/05/2025 16:20
Serial No.  ADXP011001164
TC:   17436

| Addressee | Start Time | Time | Prints | Result | Note |
|---|---|---|---|---|---|
| 919854463300 | 03-05 16:19 | 00:01:08 | 001/001 | OK | |

Note  TMR:Timer TX, POL:Polling, ORG:Original Size Setting, FME:Frame Erase TX,
PGS:Page Separation TX, BRd:Baxed Original TX, CALL:Manual TX, CSRC:CSRC,
FWD:Forward, P/IAC:N/B, BND:Double-Sided Binding Direction, SP:Special Original,
FCODE:F-Code, RTX:Re-TX, RTXING:Re-TX(ING), MIX:Contrademption(DL), BUL:Bulletin,
IPADR:IP Address Fax, I-FAX:Internet Fax IP-FAX: IP-FAX(SIP)

Result  OK: Communication OK, S-OK: Stop Communication, PW-OFF: Power Switch OFF,
TEL: RX from TEL, NG: Other Error, Cont: Continue, No Ans: No Answer,
Refuse: Receipt Refused, Busy: Busy, M-Full:Memory Full, LOVR:Receiving Length Over,
POVR:Receiving Page Over, FIL:File Error, DC:Decode Error, MDN:MDN Response Error,
DSN:DSN Response Error, PRINT:Compulsory Memory Document Print,
DEL:Compulsory Memory Document Delete, SEND:Compulsory Memory Document Send.

---

## FACSIMILE RECEIPT CERTIFICATE



WILLIAMS ET AL, PATRICK

Versus

VENTURE GLOBAL PLAQUEMINES
LLC ET AL

Case #: 00069553
Division: B
25th Judicial District Court
Parish of Plaquemines
State of Louisiana

TO: DAVID W ARDOIN
AMO TRIAL LAWYERS LLC
604 WEST THIRD ST
THIBODAUX, LA 70301

VIA FAX: 985-446-3300

THIS IS TO CERTIFY that a PETITION FOR DAMAGES was transmitted by facsimile from your office to the Plaquemines Parish Clerk of Court's fax line (504) 934-6629 and 8 total pages were received and marked filed on March 5, 2025 in the above captioned matter.

Thus done and signed at Belle Chasse, Plaquemines Parish, Louisiana, on Wednesday, March 5, 2025.

**PURSUANT TO La. R.S. 13:850 (see below), SEND YOUR ORIGINAL DOCUMENTS AND CHECK(S) OR MONEY ORDER(S):**

$800.00 payable to Plaquemines Parish Clerk of Court;
$158.76 payable to East Baton Rouge Sheriff;

Deputy Clerk of Court for
Hon. Kim Turlich-Vaughan
Plaquemines Parish Clerk of Court
P.O. Box 40
Belle Chasse LA 70037
(504) 934-6610
www.clerk25th.com

***EFFECTIVE JANUARY 1, 2026, FAX FILING AND PAPER FILING WILL NO LONGER BE ACCEPTED. ALL FILINGS FOR A LITIGANT WITH ATTORNEY REPRESENTATION MUST FILE ELECTRONICALLY.***

La. R.S. 13:850. Facsimile transmission; filings in civil actions; fees; equipment and supplies

A. Any document in a civil action may be filed with the clerk of court by facsimile transmission. All clerks of court shall make available for their use equipment to accommodate facsimile filing in civil actions. Filing shall be deemed complete at the time the facsimile transmission is received by the clerk of court. No later than on the first business day after receiving a facsimile filing, the clerk of court shall transmit to the filing party via facsimile a confirmation of receipt and include a statement of the fees for the facsimile filing and filing of the original document. The facsimile filing fee and transmission fee are incurred upon receipt of the facsimile filing by the clerk of court and payable as provided in Subsection B of this Section. The facsimile filing shall have the same force and effect as filing the original document. If the filing party complies with Subsection B of this Section.

B. Within seven days, exclusive of legal holidays, after the clerk of court receives the facsimile filing, all of the following shall be delivered to the clerk of court:

(1) The original document identical to the facsimile filing in number of pages and in content of each page including any attachments, exhibits, and orders. A document not identical to the facsimile filing or which includes pages not included in the facsimile filing shall not be considered the original document.

(2) The fees for the facsimile filing and filing of the original document stated on the confirmation of receipt, if any.

(3) A transmission fee of five dollars.

C. If the filing party fails to comply with any of the requirements of Subsection B of this Section, the facsimile filing shall have no force or effect. The various district courts may provide by court rule for other matters related to filings by facsimile transmission.

D. The clerk may purchase equipment and supplies necessary to accommodate facsimile filings out of the clerk's salary fund.

Acts 1991, No. 463, §1; Acts 1995, No. 1119, §1; Acts 2012, No. 826, §1; Acts 2016, No. 109, §1.

[ FILED COPY ]

**EXHIBIT 1**



604 West Third St.
Thibodaux, LA 70301

Phone: 985-446-3333
Fax: 985-446-3300

www.amolawfirm.com

FILED

MAR 05 2025

DEPUTY CLERK

March 5, 20254

Plaquemine Parish Clerk of Court
25th Judicial District Court
Post Office Box 40
Belle Chasse, Louisiana 70037

*Via Facsimile Transmittal,*
*And Regular U.S. Mail*
        *(504) 934-6629*

RE:     **Patrick Williams, et al**
        **Versus No.**
        **Venture Global, et al**

Dear Sir/Madam:

        Please accept this facsimile filing of the attached Petition for Damages which is being filed in connection with the above referenced matter.

        We will forward the original documents along with the appropriate filing fees upon receipt of the facsimile confirmation from your office.

        Thank you for your assistance in this matter and with kindest personal regards, I remain

                                Yours very truly,

                                David W. Ardoin

rdj

Enclosure

| | | |
|---|---|---|
| PATRICK WILLIAMS<br>AND TEVIN TOBIAS | * | STATE OF LOUISIANA |
| VERSUS NO. | * | PARISH OF PLAQUEMINES |
| VENTURE GLOBAL PLAQUEMINES, LLC,<br>VENTURE GLOBAL LNG, LLC,<br>BIGGE CRANE AND RIGGING CO.<br>AND ZACHRY CONSTRUCTION<br>CORPORATION | * | 25TH JUDICIAL DISTRICT COURT |

## PETITION FOR DAMAGES

TO THE HONORABLE, THE TWENTY-FIFTH JUDICIAL DISTRICT COURT, SITTING

IN AND FOR THE PARISH OF PLAQUEMINES, STATE OF LOUISIANA:

The joint petition of **PATRICK WILLIAMS**, a person of the full age of majority,

resident of and domiciled in the Parish of Lafourche, **AND TEVIN TOBIAS**, a person of

the full age of majority, resident of and domiciled in the Parish of Ascension, State of

Louisiana, with respect, represents:

1.

The following parties are made defendants herein:

A. **VENTURE GLOBAL PLAQUEMINES, LLC.,** a Louisiana Limited
   Liability Company, having appointed CT Corporation System,
   3867 Plaza Tower Drive, Baton Rouge, Louisiana 70816 as its
   registered agent for service of process;

B. **VENTURE GLOBAL LNG, INC.,** a foreign corporation,
   authorized to do and doing business in the State of Louisiana,
   having appointed CT Corporation System, 3867 Plaza Tower
   Drive, Baton Rouge, Louisiana 70816 as its registered agent for
   service of process;

C. **BIGGE CRANE AND RIGGING CO.,** a foreign corporation,
   authorized to do and doing business in the State of Louisiana,
   having appointed Corporation Service Company, 450 Lauren
   Street, 8th Floor, Baton Rouge, Louisiana 70801 as its registered
   agent for service of process; and

D. **ZACHRY CONSTRUCTION CORPORATION,** a foreign
   corporation, authorized to do and doing business in the State of
   Louisiana, having appointed CT Corporation System, 3867 Plaza
   Tower Drive, Baton Rouge, Louisiana 70816 as its registered
   agent for service of process. ocess.

2.

On or about April 16, 2024, Patrick Williams and Tevin Tobias were employed by

Brown and Root Industrial Services, LLC, but working on a job site for Venture Global

Plaquemines LNG, LLC and/or Venture Global LNG, INC. in Plaquemines Parish,

Louisiana.

3.

Upon information and belief, Bigge Crane and Rigging Co. provided the cranes for the said job site.

4.

At approximately the said time and place, plaintiffs were operating a crane (Tobias) and rigging the crane (Williams) when an adjacent crane broke apart and collapsed. Mr. Williams was standing underneath the crane and had to run to safety, while Mr. Tobias was forced to jump to safety from his elevated workstation to avoid being hit.

5.

Upon information and belief, the crane that collapsed was being operated by Zachry Construction Corporation and was previously "red tagged" for service by Zachry Construction Corporation and/or Bigge Crane and collapsed the day it was put back into use.

6.

Upon information and belief, Zachry Construction Company and/or Bigge Crane had actual or constructive knowledge of the dangerous condition of the crane.

7.

Petitioners aver that a cause of the incident and resulting injuries sued for herein was the fault of VENTURE GLOBAL PLAQUEMINES LNG, LLC AND/OR VENTURE GLOBAL LNG, INC., which fault is particularized in the following, non-exclusive respects:

A) Intentionally and/or negligently failing to maintain the premises in a reasonably safe condition;

B) Intentionally and/or negligently failing to warn of the existence of a dangerous condition which caused the incident;

C) Intentionally and/or negligently failing to place warning signs to warn of the existence of a dangerous condition;

D) Failure to adequately train their personnel on how to properly and routinely inspect the premises for unreasonable hazards such as that which caused the subject incident;

E) Intentionally and/or negligently failing to cure a known hazardous condition;

F) Failure, generally, to exercise the degree of care commensurate with the factual situation herein described; and

G) In committing any and all other acts or omissions of fault which will be shown and proven at the trial of the case.

8.

Petitioners aver that a cause of the incident and injuries sued for herein was the fault of the defendant, BIGGE CRANE AND RIGGING CO., which fault is particularized in the following, non-exclusive particulars:

A)    For creating this dangerous and hazardous condition;

B)    Failure to warn of the hazardous condition;

C)    Failure to inspect the equipment in a reasonable manner;

D)    Failure to repair known defects;

E)    Failure to adequately train its employees;

F)    Failure to act as a reasonably prudent person would under the same or similar circumstances;

G)    Failure, generally to meet the standard of care required in the given situation; and

H)    In committing any and all other acts of fault which may be proven at the trial of this case.

9.

Petitioners aver that a cause of the incident and injuries sued for herein was the fault of the defendant, ZACHRY CONSTRUCTION CORPORATION, which fault is particularized in the following, non-exclusive particulars:

A)    For creating this dangerous and hazardous condition;

B)    Failure to warn of the hazardous condition;

C)    Failure to inspect the equipment in a reasonable manner;

D)    Failure to repair known defects;

E)    Failure to adequately train its employees;

F)    Failure to act as a reasonably prudent person would under the same or similar circumstances;

G)    Failure, generally to meet the standard of care required in the given situation; and

H)    In committing any and all other acts of fault which may be proven at the trial of this case.

10.

As a result of the incident described herein, Patrick Williams sustained serious and permanent disabling injuries which have not resolved to date and which he believes to be permanent.

11.

Petitioner, Patrick Williams, itemizes the damages which he is entitled to recover from defendants, in solido:

A)     Past medical bills;

B)     Future medical bills;

C)     Past physical pain and suffering;

D)     Future physical pain and suffering;

E)     Past mental pain and suffering;

F)     Future mental pain and suffering;

G)     Loss of wages; and

H)     Loss of enjoyment in quality of life including any and all disability.

12.

As a result of the incident described herein, Tevin Tobias sustained serious and permanent disabling injuries which have not resolved to date and which he believes to be permanent.

13.

Petitioner, Tevin Tobias, itemizes the damages which he is entitled to recover from defendants, in solido:

A)     Past medical bills;

B)     Future medical bills;

C)     Past physical pain and suffering;

D)     Future physical pain and suffering;

E)     Past mental pain and suffering;

F)     Future mental pain and suffering;

G)     Loss of wages; and

I)     Loss of enjoyment in quality of life including any and all disability.

14.

At the time of the filing of this petition, the matter in controversy exceeds the amount specified in Code of Civil Procedure Article 1732(1) pertinent to jury trials and petitioner requests a trial by jury.

15.

Amicable demand has been made to no avail.

**WHEREFORE**, petitioners pray that after all legal proceedings are had, there be judgment herein in favor of petitioners, **PATRICK WILLIAMS AND TEVIN TOBIAS**, and against the defendants, **VENTURE GLOBAL PLAQUEMINES LNG, LLC; VENTURE GLOBAL LNG, INC., BIGGE CRANE AND RIGGING CO. AND ZACHRY CONSTRUCTION CORPORATION,** jointly and in solido, for an amount consistent with the law and evidence, plus interest from the date of judicial demand until paid and for all costs of these proceedings.

Petitioners further pray for all general and equitable relief.

Respectfully submitted,

**AMO TRIAL LAWYERS, LLC**

DAVID W. ARDOIN, L.B.N. 24282
PRESTON L. HAYES, L.B.N. 29898
RYAN P. MONSOUR, L.B.N. 33286
BLAKE A. DAIGLE, L.B.N. 39853
604 West Third Street
Thibodaux, Louisiana 70301
Telephone: (985) 446-3333
Facsimile: (985) 446-3300
Email: david@amotriallawyers.com

*PLEASE SERVE:*

**VENTURE GLOBAL PLAQUEMINES LNG, LLC**
Through its agent for service
CT CORPORATION SYSTEM
3867 Plaza Tower Drive
Baton Rouge, Louisiana 70816

**VENTURE GLOBAL LNG, INC.**
Through its agent for service
CT CORPORATION SYSTEM
3867 Plaza Tower Drive
Baton Rouge, Louisiana 70816

**BIGGE CRANE AND RIGGING CO.**
Through its agent for service
CORPORATION SERVICE COMPANY
450 Laurel Street, 8th Floor
Baton Rouge, Louisiana 70801


**ZACHRY CONSTRUCTION CORPORATION**
Through its agent for service
C T CORPORATION SYSTEM
3867 Plaza Tower Drive
Baton Rouge, Louisiana 70816

PATRICK WILLIAMS       \*    STATE OF LOUISIANA
AND TEVIN TOBIAS

VERSUS NO.           \*    PARISH OF PLAQUEMINES

VENTURE GLOBAL PLAQUEMINES, LLC,
VENTURE GLOBAL LNG, LLC,        **FILED**
BIGGE CRANE AND RIGGING CO.
AND ZACHRY CONSTRUCTION      MAR 05 2025
CORPORATION            \*    25TH JUDICIAL DISTRICT COURT Clerk

---

### REQUEST FOR WRITTEN NOTICE

---

TO THE HONORABLE THE TWENTY-FIFTH JUDICIAL DISTRICT COURT, SITTING IN

AND FOR THE PARISH OF PLAQUEMINES, STATE OF LOUISIANA:

     Pursuant to Louisiana Code of Civil Procedure, Article 1572, the Honorable Clerk

of Court of the Parish of Plaquemines is hereby requested to give the undersigned

counsel written notice by mail at least ten (10) days in advance, of the date fixed for the

trial or hearing of this cause, whether on exception, rule or on the merits.

     The Honorable Clerk of Court for the Parish of Plaquemines is further requested

to forward the undersigned counsel notice of any order or judgment rendered in this cause

immediately upon entry of such order or judgment.

                 Respectfully submitted,

                 **AMO TRIAL LAWYERS, LLC**

                 DAVID W. ARDOIN, L.B.N. 24282
                 PRESTON L. HAYES, L.B.N. 29898
                 RYAN P. MONSOUR, L.B.N. 33286
                 BLAKE A. DAIGLE, L.B.N. 39853
                 604 West Third Street
                 Thibodaux, Louisiana 70301
                 Telephone: (985) 446-3333
                 Facsimile: (985) 446-3300
                 Email: david@amotriallawyers.com

# FACSIMILE RECEIPT CERTIFICATE

WILLIAMS ET AL, PATRICK

Versus

VENTURE GLOBAL PLAQUEMINES
LLC ET AL



Case #: 00069553
Division: B
25th Judicial District Court
Parish of Plaquemines
State of Louisiana

TO: DAVID W ARDOIN
     AMO TRIAL LAWYERS LLC
     604 WEST THIRD ST
     THIBODAUX, LA 70301

VIA FAX: 985-446-3300

THIS IS TO CERTIFY that a PETITION FOR DAMAGES was transmitted by facsimile from your office to the
Plaquemines Parish Clerk of Court's fax line (504) 934-6629 and 8 total pages were received and marked filed on **March
5, 2025** in the above captioned matter.

Thus done and signed at Belle Chasse, Plaquemines Parish, Louisiana, on **Wednesday, March 5, 2025.**

## **PURSUANT TO La. R.S. 13:850 (see below), SEND YOUR <u>ORIGINAL DOCUMENTS AND CHECK(S) OR MONEY ORDER(S):</u>

$800.00 payable to Plaquemines Parish Clerk of Court;
$158.76 payable to East Baton Rouge Sheriff;

*Edward E/S*

**Deputy Clerk of Court for**
*Hon. Kim Turlich-Vaughan*
*Plaquemines Parish Clerk of Court*
**P.O. Box 40**
**Belle Chasse LA 70037**
**(504) 934-6610**
*www.clerk25th.com*

---

**\*\*\*EFFECTIVE JANUARY 1, 2026, FAX FILING AND PAPER FILING WILL NO LONGER BE
ACCEPTED. ALL FILINGS FOR A LITIGANT WITH ATTORNEY REPRESENTATION MUST
FILE ELECTRONICALLY.\*\*\***

### La. R.S. 13:850. Facsimile transmission; filings in civil actions; fees; equipment and supplies

A. Any document in a civil action may be filed with the clerk of court by facsimile transmission. All clerks of court shall make available for
their use equipment to accommodate facsimile filing in civil actions. Filing shall be deemed complete at the time the facsimile transmission is
received by the clerk of court. No later than on the first business day after receiving a facsimile filing, the clerk of court shall transmit to the filing
party via facsimile a confirmation of receipt and include a statement of the fees for the facsimile filing and filing of the original document. The
facsimile filing fee and transmission fee are incurred upon receipt of the facsimile filing by the clerk of court and payable as provided in Subsection
B of this Section. The facsimile filing shall have the same force and effect as filing the original document, if the filing party complies with
Subsection B of this Section.

B. Within seven days, exclusive of legal holidays, after the clerk of court receives the facsimile filing, all of the following shall be delivered
to the clerk of court:

(1) The original document identical to the facsimile filing in number of pages and in content of each page including any attachments, exhibits,
and orders. A document not identical to the facsimile filing or which includes pages not included in the facsimile filing shall not be considered the
original document.

(2) The fees for the facsimile filing and filing of the original document stated on the confirmation of receipt, if any.

(3) A transmission fee of five dollars.

C. If the filing party fails to comply with any of the requirements of Subsection B of this Section, the facsimile filing shall have no force or
effect. The various district courts may provide by court rule for other matters related to filings by facsimile transmission.

D. The clerk may purchase equipment and supplies necessary to accommodate facsimile filings out of the clerk's salary fund.

Acts 1991, No. 463, §1; Acts 1995, No. 1119, §1; Acts 2012, No. 826, §1; Acts 2016, No. 109, §1.

[ FILED COPY ]



604 West Third St.
Thibodaux, LA 70301

Phone: 985-446-3333
Fax: 985-446-3300

www.amolawfirm.com

March 5, 20254

**FILED**

MAR 13 2025

DEPUTY CLERK

Plaquemine Parish Clerk of Court
25th Judicial District Court
Post Office Box 40
Belle Chasse, Louisiana 70037

*Via Facsimile Transmittal,*
*And Regular U.S. Mail*
*(504) 934-6629*

RE:    Patrick Williams, et al
       Versus No.
       Venture Global, et al

69-553 Div. B

Dear Sir/Madam:

Please accept this facsimile filing of the attached Petition for Damages which is being filed in connection with the above referenced matter.

We will forward the original documents along with the appropriate filing fees upon receipt of the facsimile confirmation from your office.

Thank you for your assistance in this matter and with kindest personal regards, I remain

Yours very truly,

David W. Ardoin

rdj

Enclosure

**FILED**

PATRICK WILLIAMS      *     STATE OF LOUISIANA   MAR 13 2025
AND TEVIN TOBIAS

VERSUS NO. 69-553 Div. B   *   PARISH OF PLAQUEMINES    DEPUTY CLERK

VENTURE GLOBAL PLAQUEMINES, LLC,
VENTURE GLOBAL LNG, LLC,
BIGGE CRANE AND RIGGING CO.
AND ZACHRY CONSTRUCTION
CORPORATION      *     25TH JUDICIAL DISTRICT COURT

---

## PETITION FOR DAMAGES

---

TO THE HONORABLE, THE TWENTY-FIFTH JUDICIAL DISTRICT COURT, SITTING

IN AND FOR THE PARISH OF PLAQUEMINES, STATE OF LOUISIANA:

The joint petition of **PATRICK WILLIAMS,** a person of the full age of majority,

resident of and domiciled in the Parish of Lafourche, **AND TEVIN TOBIAS,** a person of

the full age of majority, resident of and domiciled in the Parish of Ascension, State of

Louisiana, with respect, represents:

1.

The following parties are made defendants herein:

- A. <u>**VENTURE GLOBAL PLAQUEMINES, LLC.,**</u> a Louisiana Limited
  Liability Company, having appointed CT Corporation System,
  3867 Plaza Tower Drive, Baton Rouge, Louisiana 70816 as its
  registered agent for service of process;

- B. <u>**VENTURE GLOBAL LNG, INC.,**</u> a foreign corporation,
  authorized to do and doing business in the State of Louisiana,
  having appointed CT Corporation System, 3867 Plaza Tower
  Drive, Baton Rouge, Louisiana 70816 as its registered agent for
  service of process;

- C. <u>**BIGGE CRANE AND RIGGING CO.,**</u> a foreign corporation,
  authorized to do and doing business in the State of Louisiana,
  having appointed Corporation Service Company, 450 Lauren
  Street, 8th Floor, Baton Rouge, Louisiana 70801 as its registered
  agent for service of process; and

- D. <u>**ZACHRY CONSTRUCTION CORPORATION,**</u> a foreign
  corporation, authorized to do and doing business in the State of
  Louisiana, having appointed CT Corporation System, 3867 Plaza
  Tower Drive, Baton Rouge, Louisiana 70816 as its registered
  agent for service of process. ocess.

2.

On or about April 16, 2024, Patrick Williams and Tevin Tobias were employed by

Brown and Root Industrial Services, LLC, but working on a job site for Venture Global

Plaquemines LNG, LLC and/or Venture Global LNG, INC. in Plaquemines Parish,

Louisiana.

3.

Upon information and belief, Bigge Crane and Rigging Co. provided the cranes for the said job site.

4.

At approximately the said time and place, plaintiffs were operating a crane (Tobias) and rigging the crane (Williams) when an adjacent crane broke apart and collapsed. Mr. Williams was standing underneath the crane and had to run to safety, while Mr. Tobias was forced to jump to safety from his elevated workstation to avoid being hit.

5.

Upon information and belief, the crane that collapsed was being operated by Zachry Construction Corporation and was previously "red tagged" for service by Zachry Construction Corporation and/or Bigge Crane and collapsed the day it was put back into use.

6.

Upon information and belief, Zachry Construction Company and/or Bigge Crane had actual or constructive knowledge of the dangerous condition of the crane.

7.

Petitioners aver that a cause of the incident and resulting injuries sued for herein was the fault of VENTURE GLOBAL PLAQUEMINES LNG, LLC AND/OR VENTURE GLOBAL LNG, INC., which fault is particularized in the following, non-exclusive respects:

A) Intentionally and/or negligently failing to maintain the premises in a reasonably safe condition;

B) Intentionally and/or negligently failing to warn of the existence of a dangerous condition which caused the incident;

C) Intentionally and/or negligently failing to place warning signs to warn of the existence of a dangerous condition;

D) Failure to adequately train their personnel on how to properly and routinely inspect the premises for unreasonable hazards such as that which caused the subject incident;

E) Intentionally and/or negligently failing to cure a known hazardous condition;

F) Failure, generally, to exercise the degree of care commensurate with the factual situation herein described; and

G) In committing any and all other acts or omissions of fault which will be shown and proven at the trial of the case.

8.

Petitioners aver that a cause of the incident and injuries sued for herein was the fault of the defendant, BIGGE CRANE AND RIGGING CO., which fault is particularized in the following, non-exclusive particulars:

A)    For creating this dangerous and hazardous condition;

B)    Failure to warn of the hazardous condition;

C)    Failure to inspect the equipment in a reasonable manner;

D)    Failure to repair known defects;

E)    Failure to adequately train its employees;

F)    Failure to act as a reasonably prudent person would under the same or similar circumstances;

G)    Failure, generally to meet the standard of care required in the given situation; and

H)    In committing any and all other acts of fault which may be proven at the trial of this case.

9.

Petitioners aver that a cause of the incident and injuries sued for herein was the fault of the defendant, ZACHRY CONSTRUCTION CORPORATION, which fault is particularized in the following, non-exclusive particulars:

A)    For creating this dangerous and hazardous condition;

B)    Failure to warn of the hazardous condition;

C)    Failure to inspect the equipment in a reasonable manner;

D)    Failure to repair known defects;

E)    Failure to adequately train its employees;

F)    Failure to act as a reasonably prudent person would under the same or similar circumstances;

G)    Failure, generally to meet the standard of care required in the given situation; and

H)    In committing any and all other acts of fault which may be proven at the trial of this case.

10.

As a result of the incident described herein, Patrick Williams sustained serious and permanent disabling injuries which have not resolved to date and which he believes to be permanent.

11.

Petitioner, Patrick Williams, itemizes the damages which he is entitled to recover from defendants, in solido:

A)   Past medical bills;

B)   Future medical bills;

C)   Past physical pain and suffering;

D)   Future physical pain and suffering;

E)   Past mental pain and suffering;

F)   Future mental pain and suffering;

G)   Loss of wages; and

H)   Loss of enjoyment in quality of life including any and all disability.

12.

As a result of the incident described herein, Tevin Tobias sustained serious and permanent disabling injuries which have not resolved to date and which he believes to be permanent.

13.

Petitioner, Tevin Tobias, itemizes the damages which he is entitled to recover from defendants, in solido:

A)   Past medical bills;

B)   Future medical bills;

C)   Past physical pain and suffering;

D)   Future physical pain and suffering;

E)   Past mental pain and suffering;

F)   Future mental pain and suffering;

G)   Loss of wages; and

I)   Loss of enjoyment in quality of life including any and all disability.

14.

At the time of the filing of this petition, the matter in controversy exceeds the amount specified in Code of Civil Procedure Article 1732(1) pertinent to jury trials and petitioner requests a trial by jury.

15.

Amicable demand has been made to no avail.

**WHEREFORE**, petitioners pray that after all legal proceedings are had, there be judgment herein in favor of petitioners, **PATRICK WILLIAMS AND TEVIN TOBIAS**, and against the defendants, **VENTURE GLOBAL PLAQUEMINES LNG, LLC; VENTURE GLOBAL LNG, INC., BIGGE CRANE AND RIGGING CO. AND ZACHRY CONSTRUCTION CORPORATION**, jointly and in solido, for an amount consistent with the law and evidence, plus interest from the date of judicial demand until paid and for all costs of these proceedings.

Petitioners further pray for all general and equitable relief.

Respectfully submitted,

**AMO TRIAL LAWYERS, LLC**

DAVID W. ARDOIN, L.B.N. 24282
PRESTON L. HAYES, L.B.N. 29898
RYAN P. MONSOUR, L.B.N. 33286
BLAKE A. DAIGLE, L.B.N. 39853
604 West Third Street
Thibodaux, Louisiana 70301
Telephone: (985) 446-3333
Facsimile: (985) 446-3300
Email: david@amotriallawyers.com

*PLEASE SERVE:*

**VENTURE GLOBAL PLAQUEMINES LNG, LLC**
Through its agent for service
CT CORPORATION SYSTEM
3867 Plaza Tower Drive
Baton Rouge, Louisiana 70816

**VENTURE GLOBAL LNG, INC.**
Through its agent for service
CT CORPORATION SYSTEM
3867 Plaza Tower Drive
Baton Rouge, Louisiana 70816

**BIGGE CRANE AND RIGGING CO.**
Through its agent for service
CORPORATION SERVICE COMPANY
450 Laurel Street, 8th Floor
Baton Rouge, Louisiana 70801


**ZACHRY CONSTRUCTION CORPORATION**
Through its agent for service
C T CORPORATION SYSTEM
3867 Plaza Tower Drive
Baton Rouge, Louisiana 70816

**FILED**

PATRICK WILLIAMS       *     STATE OF LOUISIANA   *MAR 1 3 2025*
AND TEVIN TOBIAS

*DEPUTY CLERK*

VERSUS NO. 69-553 Div. B    *    PARISH OF PLAQUEMINES

VENTURE GLOBAL PLAQUEMINES, LLC,
VENTURE GLOBAL LNG, LLC,
BIGGE CRANE AND RIGGING CO.
AND ZACHRY CONSTRUCTION
CORPORATION       *    25TH JUDICIAL DISTRICT COURT

---

### REQUEST FOR WRITTEN NOTICE

---

TO THE HONORABLE THE TWENTY-FIFTH JUDICIAL DISTRICT COURT, SITTING IN

AND FOR THE PARISH OF PLAQUEMINES, STATE OF LOUISIANA:

Pursuant to Louisiana Code of Civil Procedure, Article 1572, the Honorable Clerk

of Court of the Parish of Plaquemines is hereby requested to give the undersigned

counsel written notice by mail at least ten (10) days in advance, of the date fixed for the

trial or hearing of this cause, whether on exception, rule or on the merits.

The Honorable Clerk of Court for the Parish of Plaquemines is further requested

to forward the undersigned counsel notice of any order or judgment rendered in this cause

immediately upon entry of such order or judgment.

Respectfully submitted,

**AMO TRIAL LAWYERS, LLC**

DAVID W. ARDOIN, L.B.N. 24282
PRESTON L. HAYES, L.B.N. 29898
RYAN P. MONSOUR, L.B.N. 33286
BLAKE A. DAIGLE, L.B.N. 39853
604 West Third Street
Thibodaux, Louisiana 70301
Telephone: (985) 446-3333
Facsimile: (985) 446-3300
Email: david@amotriallawyers.com

# CITATION

PATRICK WILLIAMS ET AL

**Versus**

VENTURE GLOBAL PLAQUEMINES LLC
ET AL



Case: 00069553
Division: B
25th Judicial District Court
Parish of Plaquemines
State of Louisiana

---

To: **VENTURE GLOBAL PLAQUEMINES LNG LLC**
**Through its agent for service**
**CT CORPORATION SYSTEM**
**3867 PLAZA TOWER DRIVE**
**BATON ROUGE, LA 70816**

YOU ARE NAMED AS A DEFENDANT in the above-captioned matter, the **Petition** of which (a true and correct copy exclusive of exhibits) accompanies this Citation. You must either comply with the demand contained in the petition or make an appearance either by filing an answer or pleading in the 25th Judicial District Court in and for the Parish of Plaquemines, State of Louisiana within the delays provided in La. Code of Civil Procedure Article 1001 & 1151 (recited below) under penalty of default.

**\*\*\*IMPORTANT: IF YOU ARE UNSURE OF WHAT TO DO AS A RESULT OF THIS NOTICE,**
**YOU SHOULD IMMEDIATELY CONSULT A QUALIFIED ATTORNEY, AS**
**THE CLERK OF COURT AND COURT OFFICIALS ARE PROHIBITED FROM OFFERING LEGAL ADVICE.\*\*\***

**La. Code of Civil Procedure Article 1001 states:**

*Art. 1001. Delay for answering*
*A. A defendant shall file his answer within twenty-one days after service of citation upon him, except as otherwise provided by law. If the plaintiff files and serves a discovery request with his petition, the defendant shall file his answer to the petition within thirty days after service of citation and service of discovery request.*
*B. When an exception is filed prior to answer and is overruled or referred to the merits, or is sustained and an amendment of the petition ordered, the answer shall be filed within fifteen days after the exception is overruled or referred to the merits, or fifteen days after service of the amended petition.*
*C. The court may grant additional time for answering.*

**La. Code of Civil Procedure Article 1151 states:**

*Art. 1151. Amendment of petition and answer; answer to amended petition*
*A plaintiff may amend his petition without leave of court at any time before the answer thereto is served. He may be ordered to amend his petition under Articles 932 through 934. A defendant may amend his answer once without leave of court at any time within ten days after it has been served. Otherwise, the petition and answer may be amended only by leave of court or by written consent of the adverse party.*
*A defendant shall plead in response to an amended petition within the time remaining for pleading to the original pleading or within ten days after service of the amended petition, whichever period is longer, unless the time is extended under Article 1001.*

WITNESS MY OFFICIAL HAND AND SEAL OF OFFICE, at Belle Chasse, Louisiana, on this Thursday, March 13, 2025.

Req. By:
DAVID W. ARDOIN
ATTY FOR PLTF

*Tayla Treser*

**Deputy Clerk of Court for**
*Hon. Kim Turlich-Vaughan*
*Plaquemines Parish Clerk of Court*
**P.O. Box 40 • Belle Chasse LA 70037**
**(504) 934-6610 • www.clerk25th.com**

---

**SHERIFF – PLEASE PROVIDE SERVICE INFORMATION HERE:**

[ FILED COPY ]

# CITATION

PATRICK WILLIAMS ET AL

Versus

VENTURE GLOBAL PLAQUEMINES LLC
ET AL



Case: 00069553
Division: B
25ᵗʰ Judicial District Court
Parish of Plaquemines
State of Louisiana

To: **VENTURE GLOBAL LNG INC**
    **Through its agent for service**
    **CT COPORATION SYSTEM**
    **3867 PLAZA TOWER DRIVE**
    **BATON ROUGE, LA 70816**

YOU ARE NAMED AS A DEFENDANT in the above-captioned matter, the **Petition** of which (a true and correct copy exclusive of exhibits) accompanies this Citation. You must either comply with the demand contained in the petition or make an appearance either by filing an answer or pleading in the 25ᵗʰ Judicial District Court in and for the Parish of Plaquemines, State of Louisiana within the delays provided in La. Code of Civil Procedure Article 1001 & 1151 (recited below) under penalty of default.

**\*\*\*IMPORTANT: IF YOU ARE UNSURE OF WHAT TO DO AS A RESULT OF THIS NOTICE,
YOU SHOULD IMMEDIATELY CONSULT A QUALIFIED ATTORNEY, AS
THE CLERK OF COURT AND COURT OFFICIALS ARE PROHIBITED FROM OFFERING LEGAL ADVICE.\*\*\***

**La. Code of Civil Procedure Article 1001 states:**

*Art. 1001. Delay for answering*
*    A. A defendant shall file his answer within twenty-one days after service of citation upon him, except as otherwise provided by law. If the plaintiff files and serves a discovery request with his petition, the defendant shall file his answer to the petition within thirty days after service of citation and service of discovery request.*
*    B. When an exception is filed prior to answer and is overruled or referred to the merits, or is sustained and an amendment of the petition ordered, the answer shall be filed within fifteen days after the exception is overruled or referred to the merits, or fifteen days after service of the amended petition.*
*    C. The court may grant additional time for answering.*

**La. Code of Civil Procedure Article 1151 states:**

*Art. 1151. Amendment of petition and answer; answer to amended petition*
*    A plaintiff may amend his petition without leave of court at any time before the answer thereto is served. He may be ordered to amend his petition under Articles 932 through 934. A defendant may amend his answer once without leave of court at any time within ten days after it has been served. Otherwise, the petition and answer may be amended only by leave of court or by written consent of the adverse party.*
*    A defendant shall plead in response to an amended petition within the time remaining for pleading to the original pleading or within ten days after service of the amended petition, whichever period is longer, unless the time is extended under Article 1001.*

    WITNESS MY OFFICIAL HAND AND SEAL OF OFFICE, at Belle Chasse, Louisiana, on this Thursday, March 13, 2025.

Req. By:
DAVID W. ARDOIN
ATTY FOR PLTF

*Tayla Treser*
———————————————
**Deputy Clerk of Court for**
*Hon. Kim Turlich-Vaughan*
*Plaquemines Parish Clerk of Court*
**P.O. Box 40 • Belle Chasse LA 70037**
**(504) 934-6610 •** *www.clerk25th.com*

---

**SHERIFF – PLEASE PROVIDE SERVICE INFORMATION HERE:**

[ FILED COPY ]

# CITATION

PATRICK WILLIAMS ET AL

Versus

VENTURE GLOBAL PLAQUEMINES LLC
ET AL



Case: 00069553
Division: B
25th Judicial District Court
Parish of Plaquemines
State of Louisiana

To:  **BIGGE CRANE AND RIGGING CO**
     **Through its agent for service**
     **CORPORATION SERVICE COMPANY**
     **450 LAUREL STREET**
     **8TH FLOOR**
     **BATON ROUGE, LA 70801**

YOU ARE NAMED AS A DEFENDANT in the above-captioned matter, the **Petition** of which (a true and correct copy exclusive of exhibits) accompanies this Citation. You must either comply with the demand contained in the petition or make an appearance either by filing an answer or pleading in the 25th Judicial District Court in and for the Parish of Plaquemines, State of Louisiana within the delays provided in La. Code of Civil Procedure Article 1001 & 1151 (recited below) under penalty of default.

**\*\*\*IMPORTANT:  IF YOU ARE UNSURE OF WHAT TO DO AS A RESULT OF THIS NOTICE,**
**YOU SHOULD IMMEDIATELY CONSULT A QUALIFIED ATTORNEY, AS**
**THE CLERK OF COURT AND COURT OFFICIALS ARE PROHIBITED FROM OFFERING LEGAL ADVICE.\*\*\***

**La. Code of Civil Procedure Article 1001 states:**

*Art. 1001. Delay for answering*
*    A. A defendant shall file his answer within twenty-one days after service of citation upon him, except as otherwise provided by law. If the plaintiff files and serves a discovery request with his petition, the defendant shall file his answer to the petition within thirty days after service of citation and service of discovery request.*
*    B. When an exception is filed prior to answer and is overruled or referred to the merits, or is sustained and an amendment of the petition ordered, the answer shall be filed within fifteen days after the exception is overruled or referred to the merits, or fifteen days after service of the amended petition.*
*    C. The court may grant additional time for answering.*

**La. Code of Civil Procedure Article 1151 states:**

*Art. 1151. Amendment of petition and answer; answer to amended petition*
*    A plaintiff may amend his petition without leave of court at any time before the answer thereto is served.  He may be ordered to amend his petition under Articles 932 through 934. A defendant may amend his answer once without leave of court at any time within ten days after it has been served.  Otherwise, the petition and answer may be amended only by leave of court or by written consent of the adverse party.*
*    A defendant shall plead in response to an amended petition within the time remaining for pleading to the original pleading or within ten days after service of the amended petition, whichever period is longer, unless the time is extended under Article 1001.*

WITNESS MY OFFICIAL HAND AND SEAL OF OFFICE, at Belle Chasse, Louisiana, on this Thursday, March 13, 2025.

Req. By:
DAVID W. ARDOIN
ATTY FOR PLTF

*Taylor Treser*

**Deputy Clerk of Court for**
*Hon. Kim Turlich-Vaughan*
*Plaquemines Parish Clerk of Court*
**P.O. Box 40 • Belle Chasse LA 70037**
**(504) 934-6610 • *www.clerk25th.com***

---

**SHERIFF – PLEASE PROVIDE SERVICE INFORMATION HERE:**

[ FILED COPY ]

# CITATION

PATRICK WILLIAMS ET AL

**Versus**

VENTURE GLOBAL PLAQUEMINES LLC
ET AL



Case: 00069553
Division: B
25th Judicial District Court
Parish of Plaquemines
State of Louisiana

---

To: **ZACHY CONSTRUCTION CORPORATION**
   **Through its agent for service**
   **CT CORPORATION SYSTEM**
   **3867 PLAZA TOWER DRIVE**
   **BATON ROUGE, LA 70816**

YOU ARE NAMED AS A DEFENDANT in the above-captioned matter, the Petition of which (a true and correct copy exclusive of exhibits) accompanies this Citation. You must either comply with the demand contained in the petition or make an appearance either by filing an answer or pleading in the 25th Judicial District Court in and for the Parish of Plaquemines, State of Louisiana within the delays provided in La. Code of Civil Procedure Article 1001 & 1151 (recited below) under penalty of default.

    ***IMPORTANT: IF YOU ARE UNSURE OF WHAT TO DO AS A RESULT OF THIS NOTICE,
          YOU SHOULD IMMEDIATELY CONSULT A QUALIFIED ATTORNEY, AS
THE CLERK OF COURT AND COURT OFFICIALS ARE PROHIBITED FROM OFFERING LEGAL ADVICE.***

**La. Code of Civil Procedure Article 1001 states:**

*Art. 1001. Delay for answering*
    *A. A defendant shall file his answer within twenty-one days after service of citation upon him, except as otherwise provided by law. If the plaintiff files and serves a discovery request with his petition, the defendant shall file his answer to the petition within thirty days after service of citation and service of discovery request.*
    *B. When an exception is filed prior to answer and is overruled or referred to the merits, or is sustained and an amendment of the petition ordered, the answer shall be filed within fifteen days after the exception is overruled or referred to the merits, or fifteen days after service of the amended petition.*
    *C. The court may grant additional time for answering.*

**La. Code of Civil Procedure Article 1151 states:**

*Art. 1151. Amendment of petition and answer; answer to amended petition*
    *A plaintiff may amend his petition without leave of court at any time before the answer thereto is served. He may be ordered to amend his petition under Articles 932 through 934. A defendant may amend his answer once without leave of court at any time within ten days after it has been served. Otherwise, the petition and answer may be amended only by leave of court or by written consent of the adverse party.*
    *A defendant shall plead in response to an amended petition within the time remaining for pleading to the original pleading or within ten days after service of the amended petition, whichever period is longer, unless the time is extended under Article 1001.*

    WITNESS MY OFFICIAL HAND AND SEAL OF OFFICE, at Belle Chasse, Louisiana, on this Thursday, March 13, 2025.

Req. By:
DAVID W. ARDOIN
ATTY FOR PLTF

*Tayla Treser*

**Deputy Clerk of Court for**
*Hon. Kim Turlich-Vaughan*
*Plaquemines Parish Clerk of Court*
**P.O. Box 40 • Belle Chasse LA 70037**
**(504) 934-6610 •** *www.clerk25th.com*

---

**SHERIFF – PLEASE PROVIDE SERVICE INFORMATION HERE:**

[ FILED COPY ]



## CITATION                                                    FOR RETURN

PATRICK WILLIAMS ET AL

Versus

VENTURE GLOBAL PLAQUEMINES LLC
ET AL

**Case:** 00069553
**Division:** B
**25th Judicial District Court**
**Parish of Plaquemines**
**State of Louisiana**

To: **VENTURE GLOBAL LNG INC**
**Through its agent for service**
**CT COPORATION SYSTEM**
**3867 PLAZA TOWER DRIVE**
**BATON ROUGE, LA 70816**

**YOU ARE NAMED AS A DEFENDANT** in the above-captioned matter, the **Petition** of which (a true and correct copy exclusive of exhibits) accompanies this Citation. You must either comply with the demand contained in the petition or make an appearance either by filing an answer or pleading in the 25th Judicial District Court in and for the Parish of Plaquemines, State of Louisiana within the delays provided in La. Code of Civil Procedure Article 1001 & 1151 (recited below) under penalty of default.

***IMPORTANT:  IF YOU ARE UNSURE OF WHAT TO DO AS A RESULT OF THIS NOTICE,
YOU SHOULD IMMEDIATELY CONSULT A QUALIFIED ATTORNEY, AS
THE CLERK OF COURT AND COURT OFFICIALS ARE PROHIBITED FROM OFFERING LEGAL ADVICE.***

La. Code of Civil Procedure Article 1001 states:

*Art. 1001. Delay for answering*
*A. A defendant shall file his answer within twenty-one days after service of citation upon him, except as otherwise provided by law. If the plaintiff files and serves a discovery request with his petition, the defendant shall file his answer to the petition within thirty days after service of citation and service of discovery request.*
*B. When an exception is filed prior to answer and is overruled or referred to the merits, or is sustained and an amendment of the petition ordered, the answer shall be filed within fifteen days after the exception is overruled or referred to the merits, or fifteen days after service of the amended petition.*
*C. The court may grant additional time for answering.*

La. Code of Civil Procedure Article 1151 states:

*Art. 1151. Amendment of petition and answer; answer to amended petition*
*A plaintiff may amend his petition without leave of court at any time before the answer thereto is served. He may be ordered to amend his petition under Articles 932 through 934. A defendant may amend his answer once without leave of court at any time within ten days after it has been served. Otherwise, the petition and answer may be amended only by leave of court or by written consent of the adverse party.*
*A defendant shall plead in response to an amended petition within the time remaining for pleading to the original pleading or within ten days after service of the amended petition, whichever period is longer, unless the time is extended under Article 1001.*

WITNESS MY OFFICIAL HAND AND SEAL OF OFFICE, at Belle Chasse, Louisiana, on this Thursday, March 13, 2025.

Req. By:
DAVID W. ARDOIN
ATTY FOR PLTF

*Taylor Treisen*

**Deputy Clerk of Court for**
**Hon. Kim Turlich-Vaughan**
**Plaquemines Parish Clerk of Court**
**P.O. Box 40 - Belle Chasse LA 70037**
**(504) 934-6610 · www.clerkweb.com**

---

**SHERIFF – PLEASE PROVIDE SERVICE INFORMATION HERE**

Made service on the named CORPORATION

MAR 24 2025

by tendering a copy of this document to
Bailee Fudich

BY B. GARAFOLA #0577
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

**FILED**

*Rane Stillasten*

APR 07 2025

DEPUTY CLERK
PLAQUEMINES PARISH, LA

RECEIVED
DATE

MAR 22 2025

E.B.R. Sheriff Office

[ RETURN COPY ]

# NOTICE OF SERVICE

PATRICK WILLIAMS ET AL

Versus

VENTURE GLOBAL PLAQUEMINES LLC
ET AL



Case: 00069553
Division: B
25ᵗʰ Judicial District Court
Parish of Plaquemines
State of Louisiana

**DAVID W ARDOIN**
**AMO TRIAL LAWYERS LLC**
**604 WEST THIRD ST**
**THIBODAUX, LA 70301**

**Service of**:    (X) Citation; (    ) Petition; (    ) SDT; (    ) Witness Subpoena

(    ) Motion & Order; (    ) Rule; (    ) Judgment

(    ) Other:

**Party Served**:    VENTURE GLOBAL LNG INC

**Date of Service**: 3/24/25

**Type of Service**: (X) Personal    (    ) Domiciliary

**If no service, reason**:



**Deputy Clerk of Court for**
*Hon. Kim Turlich-Vaughan*
*Plaquemines Parish Clerk of Court*
**P.O. Box 40 • Belle Chasse LA 70037**
**(504) 934-6610 • *www.clerk25th.com***

[ FILED COPY ]

| CITATION | | FOR RETURN |
|---|---|---|

PATRICK WILLIAMS ET AL

Versus

VENTURE GLOBAL PLAQUEMINES LLC
ET AL



**Case:** 00069553
**Division:** B
**25th Judicial District Court**
**Parish of Plaquemines**
**State of Louisiana**

---

**To: ZACHY CONSTRUCTION CORPORATION**
**Through its agent for service**
**CT CORPORATION SYSTEM**
**3867 PLAZA TOWER DRIVE**
**BATON ROUGE, LA 70816**

**YOU ARE NAMED AS A DEFENDANT** in the above-captioned matter, the **Petition** of which (a true and correct copy exclusive of exhibits) accompanies this Citation. You must either comply with the demand contained in the petition or make an appearance either by filing an answer or pleading in the 25th Judicial District Court in and for the Parish of Plaquemines, State of Louisiana within the delays provided in La. Code of Civil Procedure Article 1001 & 1151 (recited below) under penalty of default.

**\*\*\*IMPORTANT: IF YOU ARE UNSURE OF WHAT TO DO AS A RESULT OF THIS NOTICE,**
**YOU SHOULD IMMEDIATELY CONSULT A QUALIFIED ATTORNEY, AS**
**THE CLERK OF COURT AND COURT OFFICIALS ARE PROHIBITED FROM OFFERING LEGAL ADVICE.\*\*\***

**La. Code of Civil Procedure Article 1001 states:**

*Art. 1001. Delay for answering*
*A. A defendant shall file his answer within twenty-one days after service of citation upon him, except as otherwise provided by law. If the plaintiff files and serves a discovery request with his petition, the defendant shall file his answer to the petition within thirty days after service of citation and service of discovery request.*
*B. When an exception is filed prior to answer and is overruled or referred to the merits, or is sustained and an amendment of the petition ordered, the answer shall be filed within fifteen days after the exception is overruled or referred to the merits, or fifteen days after service of the amended petition.*
*C. The court may grant additional time for answering.*

**La. Code of Civil Procedure Article 1151 states:**

*Art. 1151. Amendment of petition and answer; answer to amended petition*
*A plaintiff may amend his petition without leave of court at any time before the answer thereto is served. He may be ordered to amend his petition under Articles 932 through 934. A defendant may amend his answer once without leave of court at any time within ten days after it has been served. Otherwise, the petition and answer may be amended only by leave of court or by written consent of the adverse party.*
*A defendant shall plead in response to an amended petition within the time remaining for pleading to the original pleading or within ten days after service of the amended petition, whichever period is longer, unless the time is extended under Article 1001.*

WITNESS MY OFFICIAL HAND AND SEAL OF OFFICE, at Belle Chasse, Louisiana, on this Thursday, March 13, 2025.

Req. By:
DAVID W. ARDOIN
ATTY FOR PLTF

*Tayla Faiser*

**Deputy Clerk of Court for**
**Hon. Kim Turlich-Vaughan**
**Plaquemines Parish Clerk of Court**
**P.O. Box 40 • Belle Chasse LA 70037**
**(504) 934-6610 • www.clerk25th.com**

---

**SHERIFF – PLEASE PROVIDE SERVICE INFORMATION HERE:**

*Made domiciliary on the named party through the within named party: CT CORPORATION*

MAR 24 2025

*by tendering a copy of this document to Bailee Fusich*

**BY: B. GARAFOLA #0677**
*Deputy Sheriff, Parish of East Baton Rouge, Louisiana*

**FILED**

APR 07 2025

*[signature]*

DEPUTY CLERK
PLAQUEMINES PARISH, LA

RECEIVED
DATE
MAR 22 2025
E.B.R. Sheriff Office

[ RETURN COPY ]

## NOTICE OF SERVICE

PATRICK WILLIAMS ET AL

Versus

VENTURE GLOBAL PLAQUEMINES LLC
ET AL

Case: 00069553
Division: B
25th Judicial District Court
Parish of Plaquemines
State of Louisiana

**DAVID W ARDOIN**
**AMO TRIAL LAWYERS LLC**
**604 WEST THIRD ST**
**THIBODAUX, LA 70301**

**Service of:**     (X) Citation; (    ) Petition; (    ) SDT; (    ) Witness Subpoena

               ( ) Motion & Order; (    ) Rule; (    ) Judgment

               ( ) Other:

**Party Served:**   ZACHRY CONSTRUCTION CORPORATION

**Date of Service:** 3/24/25

**Type of Service:** (X) Personal     (    ) Domiciliary

**If no service, reason:**

*Lane Stachster*

**Deputy Clerk of Court for**
*Hon. Kim Turlich-Vaughan*
*Plaquemines Parish Clerk of Court*
**P.O. Box 40 • Belle Chasse LA 70037**
**(504) 934-6610 • *www.clerk25th.com***

[ FILED COPY ]

| CITATION | **FOR RETURN** |
|---|---|

PATRICK WILLIAMS ET AL

**Versus**

VENTURE GLOBAL PLAQUEMINES LLC
ET AL



Case: 00069553
Division: B
25th Judicial District Court
Parish of Plaquemines
State of Louisiana

To: **BIGGE CRANE AND RIGGING CO**
**Through its agent for service**
**CORPORATION SERVICE COMPANY**
**450 LAUREL STREET**
**8TH FLOOR**
**BATON ROUGE, LA 70801**

**YOU ARE NAMED AS A DEFENDANT** in the above-captioned matter, the **Petition** of which (a true and correct copy exclusive of exhibits) accompanies this Citation. You must either comply with the demand contained in the petition or make an appearance either by filing an answer or pleading in the 25th Judicial District Court in and for the Parish of Plaquemines, State of Louisiana within the delays provided in La. Code of Civil Procedure Article 1001 & 1151 (recited below) under penalty of default.

***IMPORTANT: IF YOU ARE UNSURE OF WHAT TO DO AS A RESULT OF THIS NOTICE,
YOU SHOULD IMMEDIATELY CONSULT A QUALIFIED ATTORNEY, AS
THE CLERK OF COURT AND COURT OFFICIALS ARE PROHIBITED FROM OFFERING LEGAL ADVICE.***

La. Code of Civil Procedure Article 1001 states:

*Art. 1001. Delay for answering*
*A. A defendant shall file his answer within twenty-one days after service of citation upon him, except as otherwise provided by law. If the plaintiff files and serves a discovery request with his petition, the defendant shall file his answer to the petition within thirty days after service of citation and service of discovery request.*
*B. When an exception is filed prior to answer and is overruled or referred to the merits, or is sustained and an amendment of the petition ordered, the answer shall be filed within fifteen days after the exception is overruled or referred to the merits, or fifteen days after service of the amended petition.*
*C. The court may grant additional time for answering.*

La. Code of Civil Procedure Article 1151 states:

*Art. 1151. Amendment of petition and answer; answer to amended petition*
*A plaintiff may amend his petition without leave of court at any time before the answer thereto is served. He may be ordered to amend his petition under Articles 932 through 934. A defendant may amend his answer once without leave of court at any time within ten days after it has been served. Otherwise, the petition and answer may be amended only by leave of court or by written consent of the adverse party.*
*A defendant shall plead in response to an amended petition within the time remaining for pleading to the original pleading or within ten days after service of the amended petition, whichever period is longer, unless the time is extended under Article 1001.*

WITNESS MY OFFICIAL HAND AND SEAL OF OFFICE, at Belle Chasse, Louisiana, on this Thursday, March 13, 2025.

Req. By:
DAVID W. ARDOIN
ATTY FOR PLTF

*Taylor D. B. GARAFOLA #0577*
Deputy Sheriff, East Baton Rouge, Louisiana

**Deputy Clerk of Court for:**
**Hon. Kim Turlich-Vaughan**
**Plaquemines Parish Clerk of Court**
**P.O. Box 40 • Belle Chasse LA 70037**
**(504) 934-6610 •** *www.clerk25th.com*

I made service on this above named Entity:
CORPORATION SERVICE COMPANY

MAR 2 4 2025

by tendering a copy of this document to
Trula Brousseau

---

**SHERIFF – PLEASE PROVIDE SERVICE INFORMATION HERE:**

**FILED**

APR 07 2025

DEPUTY CLERK
PLAQUEMINES PARISH, LA

RECEIVED
DATE

MAR 2 2 2025

E.B.R. Sheriff Office

[ RETURN COPY ]

# NOTICE OF SERVICE

PATRICK WILLIAMS ET AL

Versus

VENTURE GLOBAL PLAQUEMINES LLC
ET AL



Case: 00069553
Division: B
25th Judicial District Court
Parish of Plaquemines
State of Louisiana

**DAVID W ARDOIN**
**AMO TRIAL LAWYERS LLC**
**604 WEST THIRD ST**
**THIBODAUX, LA 70301**

**Service of:**   (X) Citation; (   ) Petition; (   ) SDT; (   ) Witness Subpoena

   (   ) Motion & Order; (   ) Rule; (   ) Judgment

   (   ) Other:

**Party Served:**   BIGGE CRANE AND RIGGING CO

**Date of Service:**  3/24/25

**Type of Service:** ( X  ) Personal    (   ) Domiciliary

**If no service, reason:**

Lane Stachstein

**Deputy Clerk of Court for**
*Hon. Kim Turlich-Vaughan*
*Plaquemines Parish Clerk of Court*
**P.O. Box 40 • Belle Chasse LA 70037**
**(504) 934-6610 • *www.clerk25th.com***

[ FILED COPY ]

| CITATION | | FOR RETURN |
|---|---|---|

PATRICK WILLIAMS ET AL

Versus

VENTURE GLOBAL PLAQUEMINES LLC
ET AL

Case: 00069553
Division: B
25th Judicial District Court
Parish of Plaquemines
State of Louisiana

To: **VENTURE GLOBAL PLAQUEMINES LNG LLC**
**Through its agent for service**
**CT CORPORATION SYSTEM**
**3867 PLAZA TOWER DRIVE**
**BATON ROUGE, LA 70816**

**YOU ARE NAMED AS A DEFENDANT** in the above-captioned matter, the **Petition** of which (a true and correct copy exclusive of exhibits) accompanies this Citation. You must either comply with the demand contained in the petition or make an appearance either by filing an answer or pleading in the 25th Judicial District Court in and for the Parish of Plaquemines, State of Louisiana within the delays provided in La. Code of Civil Procedure Article 1001 & 1151 (recited below) under penalty of default.

**\*\*\*IMPORTANT:  IF YOU ARE UNSURE OF WHAT TO DO AS A RESULT OF THIS NOTICE,**
**YOU SHOULD IMMEDIATELY CONSULT A QUALIFIED ATTORNEY, AS**
**THE CLERK OF COURT AND COURT OFFICIALS ARE PROHIBITED FROM OFFERING LEGAL ADVICE.\*\*\***

La. Code of Civil Procedure Article 1001 states:

*Art. 1001. Delay for answering*
   *A. A defendant shall file his answer within twenty-one days after service of citation upon him, except as otherwise provided by law. If the plaintiff files and serves a discovery request with his petition, the defendant shall file his answer to the petition within thirty days after service of citation and service of discovery request.*
   *B. When an exception is filed prior to answer and is overruled or referred to the merits, or is sustained and an amendment of the petition ordered, the answer shall be filed within fifteen days after the exception is overruled or referred to the merits, or fifteen days after service of the amended petition.*
   *C. The court may grant additional time for answering.*

La. Code of Civil Procedure Article 1151 states:

*Art. 1151. Amendment of petition and answer; answer to amended petition*
   *A plaintiff may amend his petition without leave of court at any time before the answer thereto is served.  He may be ordered to amend his petition under Articles 932 through 934.  A defendant may amend his answer once without leave of court at any time within ten days after it has been served.  Otherwise, the petition and answer may be amended only by leave of court or by written consent of the adverse party.*
   *A defendant shall plead in response to an amended petition within the time remaining for pleading to the original pleading or within ten days after service of the amended petition, whichever period is longer, unless the time is extended under Article 1001.*

   WITNESS MY OFFICIAL HAND AND SEAL OF OFFICE, at Belle Chasse, Louisiana, on this Thursday, March 13, 2025.

Req. By:
DAVID W. ARDOIN
ATTY FOR PLTF

*Tayla Theriot*

**Deputy Clerk of Court for**
**Hon. Kim Turlich-Vaughan**
**Plaquemines Parish Clerk of Court**
**P.O. Box 40 • Belle Chasse LA 70037**
**(504) 934-6610 • www.clerk25th.com**

SHERIFF – PLEASE PROVIDE SERVICE INFORMATION HERE

Made service on the named party VENTURE GLOBAL PLAQUEMINES LNG LLC through the CT CORPORATION

MAR 24 2025

RECEIVED a copy of this document to by Tangela Bailea Fucich
DATE

MAR 24 2025 GARAFOLA #0577
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

E.B.R. Sheriff Office

**FILED**

APR 07 2025
*Elaine Christian*
DEPUTY CLERK
PLAQUEMINES PARISH, LA

[ RETURN COPY ]

## NOTICE OF SERVICE

PATRICK WILLIAMS ET AL

**Versus**

VENTURE GLOBAL PLAQUEMINES LLC
ET AL



**Case:** 00069553
**Division:** B
25th Judicial District Court
Parish of Plaquemines
State of Louisiana

**DAVID W ARDOIN**
**AMO TRIAL LAWYERS LLC**
**604 WEST THIRD ST**
**THIBODAUX, LA 70301**

**Service of:**  (X) Citation; (  ) Petition; (  ) SDT; (  ) Witness Subpoena

(  ) Motion & Order; (  ) Rule; (  ) Judgment

(  ) Other:

**Party Served:**  VENTURE GLOBAL PLAQUEMINES LNG LLC

**Date of Service:** 3/24/25

**Type of Service:** (X) Personal   (  ) Domiciliary

**If no service, reason:**

*Lane Hochstetler*
**Deputy Clerk of Court for**
*Hon. Kim Turlich-Vaughan*
*Plaquemines Parish Clerk of Court*
**P.O. Box 40 • Belle Chasse LA 70037**
**(504) 934-6610 •** *www.clerk25th.com*

[ FILED COPY ]