UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIAMS, ET AL | CIVIL ACTION NO.:25-779 |
| VERSUS | JUDGE NANNETTE BROWN |
| VENTURE GLOBAL PLAQUEMINES, LLC, ET AL | MAGISTRATE JUDGE NORTH |

**VENTURE GLOBAL PLAQUEMINES LNG, LLC AND VENTURE GLOBAL LNG, INC.'S MOTION TO DISMISS**

NOW INTO COURT, through undersigned counsel, comes defendant, VENTURE GLOBAL PLAQUEMINES LNG, LLC and VENTURE GLOBAL LNG, INC, who, with respect, represent:

1.

This is a personal injury action arising out of a crane collapse during the construction of an LNG export facility in Plaquemines Parish, Louisiana.

2.

Plaintiffs Patrick Williams and Tevin Tobias ("**Plaintiffs**") have named as defendants Bigge Crane and Rigging Co. ("**Bigge**") (the company alleged to have provided the crane at issue) and Zachry Construction Corporation ("**Zachry**") (the company alleged to have operated the crane that collapsed).[1]  Plaintiffs also named Venture Global Plaquemines LNG, LLC (the owner of the LNG export facility) and its corporate parent company (Venture Global LNG, Inc.) (collectively, the "**VG Entities**").

---

[1] Plaintiffs named the wrong "Zachry" entity, and it is anticipated that they will amend their pleadings to substitute Zachry Industrial Inc. in place of Zachry Construction Corporation.

3.

With respect to the VG Entities, Plaintiffs have only alleged that they were "working on a job site for" the VG Entities.  Rec. Doc. 1-1 (Petition) at ¶ 2.  They have not alleged facts—*separate and apart from legal conclusions*—satisfying the essential elements of a tort claim under Louisiana law (whether that be an intentional tort or ordinary negligence).

4.

Accordingly, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, it is respectfully requested that this Court dismiss all claims asserted by Plaintiffs against the VG Entities, with prejudice, at Plaintiffs' sole costs.

WHEREFORE, defendants, VENTURE GLOBAL PLAQUEMINES LNG, LLC and VENTURE GLOBAL LNG, INC, pray that this motion be granted and that all claims against VENTURE GLOBAL PLAQUEMINES LNG, LLC and VENTURE GLOBAL LNG, INC. be dismissed with prejudice for failure to state a claim upon which relief may be granted.

Respectfully submitted,

COOK, YANCEY, KING & GALLOWAY
A Professional Law Corporation


By: *s/David J. Hemken*
    David J. Hemken, #35168
    Ashleigh Adams Valcho #39777

333 Texas Street, Suite 1700
P. O. Box 22260
Shreveport, LA  71120-2260
Telephone: (318)221-6277
Facsimile: (318)227-7850
david.hemken@cookyancey.com
ashleigh.adams@cookyancey.com

ATTORNEYS FOR VENTURE GLOBAL PLAQUEMINES LNG, LLC AND VENTURE GLOBAL LNG, INC.

## **CERTIFICATE**

I HEREBY CERTIFY that a copy of the above and foregoing was filed with the United States District Court for the Eastern District of Louisiana by electronic case filing/case management and/or that a copy of the same was served on opposing counsel by either electronic notification or by U.S. mail, postage pre-paid.

Shreveport, Louisiana, this 19th day of May, 2025.


           *s/David J. Hemken*
           OF COUNSEL